| | | |
|---|---|---|
| In re: | § | Case No. 4:11-bk-05394-JMM |
| | § | |
| ROBERT LORAN BARR | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Trudy A. Nowak, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $5,500.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $759.82 | Claims Discharged Without Payment: | $119,933.87 |
| Total Expenses of Administration: | $320.56 | | |

3) Total gross receipts of $1,388.36 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $307.98 (see **Exhibit 2),** yielded net receipts of $1,080.38 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $320.56 | $320.56 | $320.56 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $4,980.49 | $3,596.58 | $1,349.00 | $759.82 |
| General Unsecured Claims (from **Exhibit 7**) | $91,290.68 | $114,070.07 | $112,644.41 | $0.00 |
| **Total Disbursements** | $96,271.17 | $117,987.21 | $114,313.97 | $1,080.38 |

4). This case was originally filed under chapter 7 on 03/03/2011. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/10/2013     By:  /s/ Trudy A. Nowak
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2011 Tax Refunds | 1224-000 | $371.00 |
| Nonexempt wages | 1229-000 | $1,017.36 |
| **TOTAL GROSS RECEIPTS** | | **$1,388.36** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| ROBERT LORAN BARR | Funds to Third Parties | 8500-002 | $307.98 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$307.98** |

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trudy A. Nowak, Trustee | 2100-000 | NA | $270.10 | $270.10 | $270.10 |
| Trudy A. Nowak, Trustee | 2200-000 | NA | $37.79 | $37.79 | $37.79 |
| Integrity Bank | 2600-000 | NA | $12.67 | $12.67 | $12.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $320.56 | $320.56 | $320.56 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | ROBERT BARR | 5800-000 | NA | $1,870.89 | $0.00 | $0.00 |
| 7 | ARIZONA DEPARTMENT OF REVENUE | 5800-000 | NA | $1,349.00 | $1,349.00 | $759.82 |
| 8 | Internal Revenue Service | 5800-000 | $1,870.89 | $376.69 | $0.00 | $0.00 |

| | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARIZONA DEPARTMENT OF REVENUE | 5800-000 | $2,137.60 | NA | NA | $0.00 |
| | CLARK COUNTY RECORDER | 5800-000 | $972.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $4,980.49 | $3,596.58 | $1,349.00 | $759.82 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO ADVISORS LLC | 7100-000 | $75,000.00 | $93,834.47 | $93,834.47 | $0.00 |
| 2 | American InfoSource LP as agent for Target | 7100-000 | $1,200.00 | $1,299.36 | $1,299.36 | $0.00 |
| 3 | CAVALRY PORTFOLIO SERVICES, LLC | 7100-000 | $10,156.00 | $16,201.97 | $16,201.97 | $0.00 |
| 4 | Galaxy Portfolios, LLC | 7100-000 | $569.00 | $533.61 | $533.61 | $0.00 |
| 5 | NATIONAL CREDIT SYSTEM | 7100-000 | $775.00 | $775.00 | $775.00 | $0.00 |
| 8 | Internal Revenue Service | 7300-000 | NA | $1,425.66 | $0.00 | $0.00 |
| | AFNI BLOOM INC | 7100-000 | $82.00 | NA | NA | $0.00 |
| | ALLIED FLOORING SERVICES | 7100-000 | $0.00 | NA | NA | $0.00 |
| | AT&T MOBILITY | 7100-000 | $840.68 | NA | NA | $0.00 |
| | CALIFORNIA FEDERAL BANK | 7100-000 | $0.00 | NA | NA | $0.00 |
| | COLDATA, INC | 7100-000 | $0.00 | NA | NA | $0.00 |
| | COMMUNICATIONS | 7100-000 | $0.00 | NA | NA | $0.00 |
| | CREDIT PROTECTION ASSOC | 7100-000 | $351.00 | NA | NA | $0.00 |
| | DUN & BRADSTREET | 7100-000 | $0.00 | NA | NA | $0.00 |
| | ERNST ARTMANN AND ASSOCIATES | 7100-000 | $131.00 | NA | NA | $0.00 |
| | FIRST USA BANK NA | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| HSBC BEST BUY | 7100-000 | $800.00 | NA | NA | $0.00 |
| MCI | 7100-000 | $0.00 | NA | NA | $0.00 |
| MERRICK BANK | 7100-000 | $921.00 | NA | NA | $0.00 |
| NAVY FEDERAL CREDIT | 7100-000 | $0.00 | NA | NA | $0.00 |
| PACIFIC BELL WIRELESS | 7100-000 | $0.00 | NA | NA | $0.00 |
| RELIANT RECOVERY SVC | 7100-000 | $49.00 | NA | NA | $0.00 |
| TOYOTA MOTOR CREDIT | 7100-000 | $0.00 | NA | NA | $0.00 |
| US COLLECTIONS WEST | 7100-000 | $416.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $91,290.68 | $114,070.07 | $112,644.41 | $0.00 |

Exhibit 8

Page No: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.: 11-05394-JMM
Case Name: BARR, ROBERT LORAN
For the Period Ending: 1/10/2013

Trustee Name: Trudy A. Nowak
Date Filed (f) or Converted (c): 03/03/2011 (f)
§341(a) Meeting Date: 05/03/2011
Claims Bar Date: 08/18/2011

| Ref. # | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | $30.00 | $30.00 | | $0.00 | FA |
| 2 | Security deposit | $900.00 | $900.00 | | $0.00 | FA |
| 3 | Household goods and furnishings | $900.00 | $900.00 | | $0.00 | FA |
| 4 | DVDs, books, art | $100.00 | $100.00 | | $0.00 | FA |
| 5 | Wearing apparel | $100.00 | $100.00 | | $0.00 | FA |
| 6 | Engagement ring | $300.00 | $300.00 | | $0.00 | FA |
| 7 | IRA | $20.00 | $20.00 | | $0.00 | FA |
| 8 | Auto | $2,700.00 | $2,700.00 | | $0.00 | FA |
| 9 | Office equipment | $450.00 | $450.00 | | $0.00 | FA |
| 10 | Nonexempt wages (u) | $0.00 | $1,018.36 | | $1,017.36 | FA |
| 11 | 2010 federal refund (u) | $0.00 | $5,076.00 | | $0.00 | FA |
| | Chase accounts #6967 and #6612 (u) | $0.00 | $1.00 | | $0.00 | FA |
| | 2011 Tax Refunds (u) | $0.00 | $1,000.00 | | $371.00 | FA |

Asset Notes: IRS decreased refund to 0.00

TOTALS (Excluding unknown value) $5,500.00 $12,595.36 $1,388.36

Gross Value of Remaining Assets $0.00

**Major Activities affecting case closing:**
05/25/2011 CONCLUDED Bk Stmt for filing date; rec'd; less than exemption amt.
 Wages
 Federal refund - IRS status 0.00 refund - CONCLUDED
 05/25/11 emailed debtor requested bk stmt/ne wages/status of refund...dkw
 06/08/11 debtor will pay 6 payments on ne wages starting 06/15/11...dkw
06/07/2011 CONCLUDED Prepare Notice of Compliance after we receive 2011 returns and refunds; Order Delaying Discharge signed 6.6.11; NOS filed 6.29.12
09/02/2011 CONCLUDED; filed obj claim 6, 7 response by 9/22/11 dkw
 10.4.11 Orders uploaded..dkw
 10.4.11 Order denying Claim 6 [DE 56]. TAN
 10.4.11 Order denying Claim 7 [DE 57]. TAN

Case No.: 11-05394-JMM
Case Name: BARR, ROBERT LORAN
For the Period Ending: 1/10/2013

Trustee Name: Trudy A. Nowak
Date Filed (f) or Converted (c): 03/03/2011 (f)
§341(a) Meeting Date: 05/03/2011
Claims Bar Date: 08/18/2011

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10/04/2011 | QR ER payments as agreed | | | | | |
| 12/31/2011 | QR 12.31.11 open pending 2011 tax returns…dkw | | | | | |
| 03/27/2012 | QR open pending tax returns…dkw | | | | | |
| 04/26/2012 | CONCLUDED tax refunds 3999/371 | | | | | |
| 6.2.12 | debtor received state refund and stated will forward..dkw | | | | | |
| 6.7.12 | received state refund/federal offset…dkw | | | | | |
| 06/12/2012 | Ready for TFR pending tax pro check to clear | | | | | |
| 06/28/2012 | QR TFR@UST for review | | | | | |
| 09/20/2012 | TFR ECF filed | | | | | |
| 01/09/2013 | QR Ready for TDR pending zero bank stmt…dkw | | | | | |

Initial Projected Date Of Final Report (TFR):    Current Projected Date Of Final Report (TFR): 08/15/2012    /s/ TRUDY A. NOWAK
                                                                                                              TRUDY A. NOWAK

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-05394-JMM |
|---|---|
| Case Name: | BARR, ROBERT LORAN |
| Primary Taxpayer ID #: | ******4895 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 3/3/2011 |
| For Period Ending: | 1/10/2013 |

| Trustee Name: | Trudy A. Nowak |
|---|---|
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******5394 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $82,080,307.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $341.00 | | $341.00 |
| 07/29/2011 | (10) | Robert L Barr | payment nonexempt wages | 1229-000 | $170.00 | | $511.00 |
| 08/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.28 | $510.72 |
| 09/26/2011 | (10) | Robert Barr | payment nonexempt wages | 1229-000 | $170.00 | | $680.72 |
| 09/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.81 | $679.91 |
| 10/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.09 | $678.82 |
| 11/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.05 | $677.77 |
| 12/02/2011 | (10) | ROBERT AND JESSICA BARR | payment nonexempt wages | 1229-000 | $234.36 | | $912.13 |
| 12/02/2011 | (10) | JESSICA BARR | Payment nonexempt wages | 1229-000 | $102.00 | | $1,014.13 |
| 12/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.48 | $1,012.65 |
| 01/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.63 | $1,011.02 |
| 02/29/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.52 | $1,009.50 |
| 03/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.62 | $1,007.88 |
| 04/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.57 | $1,006.31 |
| 05/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.62 | $1,004.69 |
| 06/07/2012 | (13) | ARIZONA DEPARTMENT OF REVENUE | 2011 State tax refund - Joint | 1224-000 | $371.00 | | $1,375.69 |
| 09/13/2012 | 5001 | ROBERT LORAN BARR | Debtor(s)' portion of 2011 State tax refund | 8500-002 | | $307.98 | $1,067.71 |
| 09/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.74 | $1,065.97 |
| 10/13/2012 | | Integrity Bank | Reverse Bank Service Fee | 2600-000 | | ($1.74) | $1,067.71 |
| 10/05/2012 | 5002 | Trudy A. Nowak | Trustee Compensation | 2100-000 | | $270.10 | $797.61 |
| 10/05/2012 | 5003 | Trudy A. Nowak | Trustee Expenses | 2200-000 | | $37.79 | $759.82 |
| 10/05/2012 | 5004 | ARIZONA DEPARTMENT OF REVENUE | Claim #: 7; Account Number: ; | 5800-000 | | $593.96 | $165.86 |
| 10/05/2012 | 5005 | Internal Revenue Service | Claim #: 8; Account Number: ; | 5800-000 | | $165.86 | $0.00 |
| 10/22/2012 | 5005 | VOID: Internal Revenue Service | Returned dividend check - claim paid by offset | 5800-003 | | ($165.86) | $165.86 |
| 12/06/2012 | 5006 | ARIZONA DEPARTMENT OF REVENUE | Claim #: 7; Account Number: ; Notes: (7-1) 0214; | 5800-000 | | $165.86 | $0.00 |
| | | | | **SUBTOTALS** | $1,388.36 | $1,388.36 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 11-05394-JMM | | Trustee Name: | Trudy A. Nowak |
| --- | --- | --- | --- | --- |
| Case Name: | BARR, ROBERT LORAN | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******4895 | | Checking Acct #: | ******5394 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/3/2011 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 1/10/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | |
| --- | --- | --- | --- |
| TOTALS: | | $1,388.36 | $1,388.36 | $0.00 |
| Less: Bank transfers/CDs | | $341.00 | $0.00 | |
| Subtotal | | $1,047.36 | $1,388.36 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $1,047.36 | $1,388.36 | |

**For the period of 3/3/2011 to 1/10/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,047.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,047.36 |
| Total Internal/Transfer Receipts: | $341.00 |
| | |
| Total Compensable Disbursements: | $1,080.38 |
| Total Non-Compensable Disbursements: | $307.98 |
| Total Comp/Non Comp Disbursements: | $1,388.36 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/15/2011 to 1/10/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,047.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,047.36 |
| Total Internal/Transfer Receipts: | $341.00 |
| | |
| Total Compensable Disbursements: | $1,080.38 |
| Total Non-Compensable Disbursements: | $307.98 |
| Total Comp/Non Comp Disbursements: | $1,388.36 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3   Exhibit 9

| | |
|---|---|
| Case No. | 11-05394-JMM |
| Case Name: | BARR, ROBERT LORAN |
| Primary Taxpayer ID #: | ******4895 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 3/3/2011 |
| For Period Ending: | 1/10/2013 |

| | |
|---|---|
| Trustee Name: | Trudy A. Nowak |
| Bank Name: | STERLING BANK |
| Checking Acct #: | ******5394 |
| Account Title: | |
| Blanket bond (per case limit): | $82,080,307.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/16/2011 | (10) | Robert & Jessica Barr | payment nonexempt wages | 1229-000 | $171.00 | | $171.00 |
| 07/29/2011 | (10) | Robert & Jessica Barr | payment nonexempt wages | 1229-000 | $170.00 | | $341.00 |
| 08/15/2011 | | Integrity Bank | Transfer Funds | 9999-000 | | $341.00 | $0.00 |

| | | | |
|---|---|---|---|
| | TOTALS: | $341.00 | $341.00 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $341.00 | |
| | Subtotal | $341.00 | $0.00 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $341.00 | $0.00 | |

| For the period of 3/3/2011 to 1/10/2013 | | For the entire history of the account between 06/16/2011 to 1/10/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $341.00 | Total Compensable Receipts: | $341.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $341.00 | Total Comp/Non Comp Receipts: | $341.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $341.00 | Total Internal/Transfer Disbursements: | $341.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-05394-JMM | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|
| Case Name: | BARR, ROBERT LORAN | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4895 | | Checking Acct #: | ******5394 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/3/2011 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 1/10/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

(Columns 5, 6, 7 above: Deposit $, Disbursement $, Balance)

**TOTAL - ALL ACCOUNTS**     **NET DEPOSITS**     **NET DISBURSE**     **ACCOUNT BALANCES**

$1,388.36     $1,388.36     $0.00

**For the period of 3/3/2011 to 1/10/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,388.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,388.36 |
| Total Internal/Transfer Receipts: | $341.00 |
| Total Compensable Disbursements: | $1,080.38 |
| Total Non-Compensable Disbursements: | $307.98 |
| Total Comp/Non Comp Disbursements: | $1,388.36 |
| Total Internal/Transfer Disbursements: | $341.00 |

**For the entire history of the case between 03/03/2011 to 1/10/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,388.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,388.36 |
| Total Internal/Transfer Receipts: | $341.00 |
| Total Compensable Disbursements: | $1,080.38 |
| Total Non-Compensable Disbursements: | $307.98 |
| Total Comp/Non Comp Disbursements: | $1,388.36 |
| Total Internal/Transfer Disbursements: | $341.00 |

/s/ TRUDY A. NOWAK
_____
TRUDY A. NOWAK